```
            IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF OHIO
                      EASTERN DIVISION
```

**ANGELO L. DiLUZIO,**

    Plaintiff,

  vs.                                  Civil Action 2:11-cv-1102
                                            Judge Watson
                                            Magistrate Judge King

**THE VILLAGE OF YORKVILLE,
OHIO,** *et al.,*

    Defendants.

## ORDER

      Upon joint motion, Doc. No. 41, the referral of the case to the March 2013 Settlement Week is VACATED.  The Clerk shall notify the assigned mediator.


March 7, 2013                                    *s/  Norah McCann King*
                                                   Norah McCann King
                                                   United States Magistrate Judge